IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-00220-01-CR-W-GAF |
| NICHOLAS A. BRAILE, | ) |
| Defendant. | ) |

## ORDER

On February 18, 2015, defendant entered a plea of guilty to Counts One and Two of the Indictment before Chief United States Magistrate Judge Sarah W. Hays. On February 24, 2015, Judge Hays issued her Report and Recommendation (Doc. #29).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date and time of defendant's sentencing hearing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 17, 2015